UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CAROLINE ERNEST FLORES, AS SPOUSE AND HEIR TO THE ESTATE OF JOE F. ERNEST, DECEASED, | § § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-624-FB |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CMALT REMIC 2007-A6-REMIC PASS-THROUGH CERTIFICATES, SERIES 2007-A-6, and SUBSTITUTE TRUSTEES, | § § § § § § § | |
| *Defendants*. | § | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge (docket no. 21) filed in the above-captioned cause on June 17, 2024. To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 21) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that:

* Defendant's 12(c) Motion for Judgment on the Pleadings (docket no. 17), filed by Defendant U.S. Bank National Association as Trustee for CMALT REMIC 2007-A6-REMIC Pass-Through Certificates, Series 2007 A-6, which the Court converted to a motion for summary judgment, is GRANTED.

* Plaintiff's claims against the Defendant Substitute Trustee are DISMISSED WITHOUT PREJUDICE for want of prosecution.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 3rd day of July, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.